13, 2006 BERRIEN COUNTY JUSTICE SYSTEM Case Id: 1998402012-FC
:59 PM PUBLIC ACCESS CASE EVENT REPORT Person Id: 00111564
Page: 1

FLICK, DAVID PAUL W M 505 108 BRO HAZ
09/13/1975
CHG: 0

CLOSED OW
REL CASE ID: OFF TYPE: F TRACK: CTN: 119800185501
COMPLNT AGY: 7K OFF DATE: 05/08/1998 20:23 FP CARD: CRT: 590C

PROS: CHERRY, JAMES A
JUDG: HAMMOND, JOHN T

1) HOM-MURDER-SECOND DEGREE ST GUILTY ORIG CHG BY JURY CLOS

2) SUPP4 ST GUILTY ORIG CHG BY COURT CLOS

FILED
JUN 21 2006
CLERK'S OFFICE
DETROIT

05131998 X DC CASE TYPE ASSIGNED FY-590D
WARRANT ISSUED CLARK, ROBERT JAY
DEFN ARREST ON WARRANT
05141998 WARRANT RETURNED
ARRAIGNMENT HELD
JUDGE/MAGISTRATE MALONEY, PAUL L
DEFN W/ATTY IN COURT MCDOWELL, ROBERT U
CT REPORTER/RECORDER BURTON, VIVIAN
DEFNDT ADV OF CONTENT OF C&W
RIGHTS READ TO DEFENDANT
DEF ADVISED OF RIGHTS (FELONY CASE)
1 DEF DEMANDS PRELIMINARY EXAM
X DEF ADVISES WILL HIRE COUNSEL MCDOWELL, ROBERT U
BOND SET AT BOND-DENIED
BD 0.00
NO CONTACT WITH WITNESSES
NOTIFY LEIN BOND CONDITION
SCHED PRE EXAM PE 05221998 0830 HAMMOND, JOHN T
SCHED EXAM EX 05261998 0830 HAMMOND, JOHN T
COMMITTED IN LIEU OF BOND
05261998 PRELIMINARY EXAM HELD
JUDGE ASSIGNED HAMMOND, JOHN T
PROSECUTING ATTORNEY PRESENT CHERRY, JAMES A
DEFN W/ATTY IN COURT MCDOWELL, ROBERT U
DEFN B/O CIRCUIT CT
AS CHARGED
CASE SUFFIX (TYPE) CHGD FC
BOND CONTINUED
05271998 SCHED JURY TRIAL JT 08051998 0830 HAMMOND, JOHN T
SCHED JURY TRIAL JT 08061998 0830 HAMMOND, JOHN T
PROSECUTING ATTORNEY ASSIGNED CHERRY, JAMES A
05291998 RECD RET F/DISTRICT CT
DEFN ENTRY PLEA N/GUILTY
JUDGE ASSIGNED HAMMOND, JOHN T
06011998 INFORMATION FILED
WITNESS LIST
WITNESS LIST
PROOF OF SERVICE FILED
06031998 SCHED CASE CONFERENCE CC 07021998 1030 HAMMOND, JOHN T
SCHED STATUS CONFERENCE ST 08031998 1000 HAMMOND, JOHN T
CRIMINAL SCHEDUL ORDER FILED
06231998 MOTION SUBPOENA OUT/STATE WITNESS
CERTIFICATE OF JUDGE
CERTIF REGUARDING RECORD & AUTHORIT
AFFIDAVIT SUPPORT OF MOTION
PROOF OF SERVICE FILED
06291998 FILED TRANSCRIPT OF
06291998 PRELIM EXAM
07241998 MOTION HELD
JUDGE ASSIGNED HAMMOND, JOHN T
PROSECUTING ATTORNEY PRESENT CHERRY, JAMES A
DEFENSE ATTORNEY MCDOWELL, ROBERT U
DEFENDANT IN COURT
CT REPORTER/RECORDER SPICA, PAM
MOTION TO ADJOURN TRIAL HEARD AND

J3R

DAVID P. FLICK v MILLICENT WARREN
USDC NUMBER 05-CV-73367-DT
HONORABLE MARIANNE O. BATTANI

FLICK, DAVID PAUL

| | | |
|---|---|---|
| 07241998 | X GRANTED. PROTENTIAL DATE OF TRIAL IS OCTOBER 27,1998. CASE CONFERENCE TO BE HELD 30 DAYS PRIOR TO TRIAL. | |
| | BOND CONTINUED | |
| | COMMITTED IN LIEU OF BOND | |
| | MITTIMUS FILED | |
| 07271998 | SCHED JURY TRIAL | JT 10271998 0830 HAMMOND, JOHN T |
| | SCHED JURY TRIAL | JT 10281998 0830 HAMMOND, JOHN T |
| 08101998 | NOTICE OF HEARING | |
| 08121998 | ORDER | |
| 08121998 | TO ADJOURN TRIAL | |
| 10271998 | JURY TRIAL HELD | |
| | JUDGE ASSIGNED | HAMMOND, JOHN T |
| | PROSECUTING ATTORNEY PRESENT | CHERRY, JAMES A |
| | DEFENSE ATTORNEY | MCDOWELL, ROBERT U |
| | DEFENDANT IN COURT | |
| | CT REPORTER/RECORDER | 1998315124 |
| | OUTSIDE JURY COURT AND COUNSEL PLAC ED MIS. MATTERS ON RECORD.THE COURT GRANTED MOTION TO SEQUESTER WITNESS ES. JURY ENTERED AND JURY SELECTED & SWORN. PROSECUTOR GAVE OPENING STATEMENT WHILE DEFENSE RESERVED. JURY HEARD PROOFS OF PEOPLE IN PART MATTER TO RESUME IN AM. | |
| | BOND CONTINUED | |
| | COMMITTED IN LIEU OF BOND | |
| | REQUEST AND NOTICE FOR FILM AND ELECTRONIC MEDIA COVERAGE OF COURT PROCEEDINGS | |
| | REQUEST AND NOTICE FOR FILM AND ELECTRONIC MEDIA COVERAGE OF COURT PROCEEDINGS | |
| 10281998 | JURY TRIAL CONTINUED | |
| | JUDGE ASSIGNED | HAMMOND, JOHN T |
| | PROSECUTING ATTORNEY PRESENT | CHERRY, JAMES A |
| | DEFENSE ATTORNEY | MCDOWELL, ROBERT U |
| | DEFENDANT IN COURT | |
| | CT REPORTER/RECORDER | 1998315125 |
| | CT REPORTER/RECORDER | 1998315126 |
| | 2ND DAY JURY TRIAL CONTINUED. JURY HEARD FURTHER PEOPLES PROOFS. WHEREUPON CT ADJOURNED UNTIL THURS. OCTOBER 28, 1998 8:30 AM. CT ADJ. JURY EXCUSED FOR THE DAY, OUTSIDE PRESENCE OF JURY, SEPARATE RECORD MADE W/WITNESS KAREN MCDOUGAL.COURT ADJ TIL AM | |
| | BOND CONTINUED | |
| | COMMITTED IN LIEU OF BOND | |
| 10291998 | SCHED JURY TRIAL | JT 10281998 0830 HAMMOND, JOHN T |
| | SCHED JURY TRIAL | JT 10291998 0830 HAMMOND, JOHN T |
| | JURY TRIAL CONTINUED | |
| | JUDGE ASSIGNED | HAMMOND, JOHN T |
| | PROSECUTING ATTORNEY PRESENT | CHERRY, JAMES A |
| | DEFENSE ATTORNEY | MCDOWELL, ROBERT U |
| | DEFENDANT IN COURT | |
| | CT REPORTER/RECORDER | 1998315126 |
| | WITH PEOPLE'S PROOFS, REST. DEFENSE GAVE OPENING STATEMENT. JURY HEARD PROOFS OF DEFENSE & REBUTTAL. BOTH SIDES RESTED. JURY TRIAL ADJOURNED UNTIL MONDAY, NOVEMBER 2, 1998 9:00 AM. DEFN REMANDED. | |
| | JUDGE ASSIGNED | HAMMOND, JOHN T |
| | BOND CONTINUED | |
| | COMMITTED IN LIEU OF BOND | |
| 11021998 | JURY TRIAL CONTINUED | |
| | JUDGE ASSIGNED | HAMMOND, JOHN T |
| | PROSECUTING ATTORNEY PRESENT | CHERRY, JAMES A |

FLICK, DAVID PAUL

| | | | | |
|---|---|---|---|---|
| 11021998 | X | DEFENSE ATTORNEY | | MCDOWELL, ROBERT U |
| | | DEFENDANT IN COURT | | |
| | | CT REPORTER/RECORDER | | 1998315028 |
| | | OUTSIDE JURY PRESENCE COURT & ATTYS WENT OVER ADDTL JURY INSTR.QUESTION JURY ENTERED,ATTYS GAVE CLOSING ARGUMNTS,2JURORS W/DRAWN.COURT GAVE JURY INSTRUCTIONS. JURY RETIRED TO DELIBERATE.JURY SENT HOME AT 5:30PM AFTER INDICATING PROBLEMS RETURNING W/VERDICT. | | |
| | | BOND CONTINUED | | |
| | | JURY INSTRUCTIONS | | |
| 11031998 | | JURY TRIAL CONTINUED | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| | | PROSECUTING ATTORNEY PRESENT | | CHERRY, JAMES A |
| | | DEFENSE ATTORNEY | | MCDOWELL, ROBERT U |
| | | DEFENDANT IN COURT | | |
| | | CT REPORTER/RECORDER | | 1998315128 |
| | | CT REPORTER/RECORDER | | 1998315129 |
| | | JURY RETURNED TO DELIBERATE. UPON REQ FOR ATT'L TESTIMONY PLAYBACK & GRANTED BY COURT.PLAYBACK BY 6 WITN HEARD ON THE RECORD. AFTER ADDT'L DELIBERATIONS NOTIFIED COURT THEY CANNOT REACH A VERDICT.COURT POLLED EACH JUROR TO VERIFY. MISTRIAL IS DECLARED.MATTER BE SET FOR RETRIAL. | | |
| | | WITNESS LIST | | |
| | | PROSECUTION AND COPY OF MASTER LIST OF WITNESS GIVEN BY STIP TO JURY (DURING DELIBERATION) | | |
| | | MITTIMUS FILED | | |
| | | BOND REVOKED | | |
| | | BOND REVOKED | | |
| 11101998 | | SCHED JURY TRIAL | JT 02161999 | 0830 HAMMOND, JOHN T |
| 11131998 | | SCHED MOTION | MT 11231998 | 0900 HAMMOND, JOHN T |
| 11161998 | | MOTION TO | | |
| 11161998 | | CUSTODY HEARING AND MOTION FOR BOND PENDING TRIAL | | |
| | | NOTICE OF HEARING | | |
| | | PROOF OF SERVICE FILED | | |
| 11171998 | | SCHED CASE CONFERENCE | CC 01221999 | 1030 HAMMOND, JOHN T |
| | | SCHED STATUS CONFERENCE | ST 02121999 | 1000 HAMMOND, JOHN T |
| 11181998 | | RESPONSE TO DEFENDANT'S MOTIONS FOR CUSTODY HEARING AND FOR BOND PENDING APPEAL | | |
| 11231998 | | MOTION HELD | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| | | PROSECUTING ATTORNEY PRESENT | | CHERRY, JAMES A |
| | | DEFENSE ATTORNEY | | MCDOWELL, ROBERT U |
| | | DEFENDANT IN COURT | | |
| | | CT REPORTER/RECORDER | | BURTON, VIVIAN |
| | | MOTION HELD FOR BOND. MOTION HEARD AND GRANTED. BOND SET AT $100,000 C/S. NO CONTACT WITH WITNESSES AGAI NST DEFENDANT, DEF. NOT TO LEAVE BERRIEN COUNTY, SEEK AND ACCEPT MENTAL HEALTH COUNSELING. DEF. TO LIVE AT FATHER'S RESIDENCE, AND NO UNSUPERVISED VISITS WITH CHILDREN. | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| | | MITTIMUS FILED | | |
| | 1 | BOND SET AT | 100000.00 | PROPERTY BOND |
| | 1 | PB 100000.00 | | |
| | | NO ALCOHOL/NO BARS | | |
| | | AVOID ALL CONTROLLED SUBSTANCE | | |
| | | CURFEW | | |
| | | 10:00 PM - 6:00 AM | | |
| 11251998 | X | FILED TRANSCRIPT OF | | |

J3R

FLICK, DAVID PAUL

| | | | | |
|---|---|---|---|---|
| 11251998 | X | VIDEO JURY TRIAL EXCERPT (TESTIMONY OF DAVID PAUL FLICK) | | |
| 12071998 | | ORDER | | |
| 12071998 | | RE: MOTION FOR BOND | | |
| 12111998 | 1 | BOND POSTED | 100000.00 | PROPERTY BOND |
| 12111998 | 1 | GREGORY, FREDERICK & MARY FURTHER CONDITIONS | | |
| | X | COPY OF PROPERTY BOND WITH FELONY CLERK IN FILE LABELED W/NAME AND NUMBER | | |
| 12141998 | 1 | BOND REVOKED | | |
| 01191999 | X | JURY TRIAL HELD | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| | | PROSECUTING ATTORNEY PRESENT | | CHERRY, JAMES A |
| | | DEFENSE ATTORNEY | | MCDOWELL, ROBERT U |
| | | DEFENDANT IN COURT | | |
| | | CT REPORTER/RECORDER | | 1999307016 |
| | | PEOPLES TESTIMONY CONTINUED, WHERE-UPON THE PEOPLE REST. DEFENSE GAVE JURY OPENING STATEMENT. JURY HEARD DEFENSE TESTIMONY. | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| 02161999 | | JURY TRIAL HELD | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| | | PROSECUTING ATTORNEY PRESENT | | CHERRY, JAMES A |
| | | DEFENSE ATTORNEY | | MCDOWELL, ROBERT U |
| | | DEFENDANT IN COURT | | |
| | | CT REPORTER/RECORDER | | 1999307016 |
| | | CT REPORTER/RECORDER | | 1999307017 |
| | | PROS MADE MOTION TO SEQUESTER WIT-NESSES. JURY PRESENT TO BEGIN JURY SELECTION. JURY SELECTED AND SWORN. OPENING STATEMENTS AND PROOFS OF PEOPLE HEARD IN PART. COURT ADJ TIL AM. | | |
| 02171999 | | JURY TRIAL CONTINUED | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| | | PROSECUTING ATTORNEY PRESENT | | CHERRY, JAMES A |
| | | DEFENSE ATTORNEY | | MCDOWELL, ROBERT U |
| | | DEFENDANT IN COURT | | |
| | | CT REPORTER/RECORDER | | 1999307017 |
| | | CT REPORTER/RECORDER | | 1999307018 |
| | | JURY HEARD FURTHER PROOFS OF PEOPLE COURT ADJ TIL AM. | | |
| 02181999 | | JURY TRIAL CONTINUED | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| | | PROSECUTING ATTORNEY PRESENT | | CHERRY, JAMES A |
| | | DEFENSE ATTORNEY | | MCDOWELL, ROBERT U |
| | | DEFENDANT IN COURT | | |
| | | CT REPORTER/RECORDER | | 1999307018 |
| | | CT REPORTER/RECORDER | | 1999307019 |
| | | PEOPLE CONTINUED WITH THEIR TESTIMO NY BEING HEARD BY JURY. COURT ADJ TILL AM | | |
| 02191999 | | JURY TRIAL CONTINUED | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| | | PROSECUTING ATTORNEY PRESENT | | CHERRY, JAMES A |
| | | DEFENSE ATTORNEY | | MCDOWELL, ROBERT U |
| | | DEFENDANT IN COURT | | |
| | | CT REPORTER/RECORDER | | 1999307020 |
| | | JURY HEARD FURTHER TESTIMONY OF THE DEFENSE. MATTER ADJ TIL MONDAY AM | | |
| 02221999 | 1 | JURY TRIAL CONTINUED | | |
| | | JUDGE ASSIGNED | | HAMMOND, JOHN T |
| | | PROSECUTING ATTORNEY PRESENT | | CHERRY, JAMES A |
| | | DEFENSE ATTORNEY | | MCDOWELL, ROBERT U |
| | | DEFENDANT IN COURT | | |
| | | CT REPORTER/RECORDER | | 1999307021 |
| | | OUTSIDE PRESENCE OF JURY ONE JUROR BROUGHT INTO OPEN COURT, DUE TO ILLN | | |

FLICK, DAVID PAUL

```
02221999 1 ESS JUROR EXCUSED.JURY BROUGHT INTO
           OPEN COURT & FURTHER TEST. OF DEF.
           HEARD,REST. REBUTTAL WITNESS OF PEO
           PEO REST. BY STIP OF ATTYS JUROR 24
           EXCUSED. CLOSING ARGU & JURY INSTRU
           JURY RETIRED TO DELIBERATE RETURN:
           CHARGE DISPOSED AS                                     GUILTY ORIG CHG BY JURY
           COURT POLLED JURY
           VOTE UNANIMOUS
           CT ORDER PRESENT INVEST
           BOND CONTINUED
           SCHED PRE-SENTENCE REVIEW            PS 03261999 0100 PROBATION, OFFICER D
           SCHED SENTENCING                     SN 04051999 0130 HAMMOND, JOHN T
           COMMITTED IN LIEU OF BOND
           MITTIMUS FILED
         X SCHED JURY TRIAL                     JT 02221999 0830 HAMMOND, JOHN T
           BOND REVOKED
         1 ORDER DIRECT POST CONVICTION APP
           FORMS OF VERDICT
02241999 X STIP/ORD CANCELLING SURETY
           PROPERTY BOND AND RELEASE OF REAL
           ESTATE
02261999   SCHEDULE ADJOURNED                   PS 03261999 0100
           RESET PRE-SENTENCE REVIEW            PS 04011999 0100
           RESET SENTENCING                     SN 04121999 0130 HAMMOND, JOHN T
           SCHEDULE ADJOURNED                   SN 04051999 0130 HAMMOND, JOHN T
03311999   EX PARTE MOTION FOR DETERMINATION
           OF EXPERT WITNESS FEE FOR DR.
           ROBERT B. PAGE
           ORDER
           GRANTING WITNESS FEE TO DR. ROBERT
           B. PAGE
           EX PARTE MOTION FOR DETERMINATION
           OF EXPERT WITNESS FEE FOR DR. MARK
           G. TAGETT
           ORDER
           GRANTING EXPERT WITNESS FEE TO DR
           MARK G. TAGETT
04121999 2 DEFN CALLED FOR SENTENCING
           JUDGE/MAGISTRATE                                       HAMMOND, JOHN T
           PROSECUTING ATTORNEY PRESENT                           CHERRY, JAMES A
           DEFENSE ATTORNEY                                       MCDOWELL, ROBERT U
           DEFENDANT IN COURT
           CT REPORTER/RECORDER                                   1999315036
           CIRCUIT COURT PROBATION OFFICER                        YACOBOZZI, DINO
           DEF ADVISED OF RIGHTS (FELONY CASE)
           PROS AND COURT STATED ON RECORD
           DEFT'S PRIOR RECORD.
           CHARGE DISPOSED AS                                     GUILTY ORIG CHG BY COURT
         1 SENTENCING HELD
           JUDGE/MAGISTRATE                                       HAMMOND, JOHN T
           PROSECUTING ATTORNEY PRESENT                           CHERRY, JAMES A
           DEFENSE ATTORNEY                                       MCDOWELL, ROBERT U
           CT REPORTER/RECORDER                                   1999315036
           DEF BEFORE COURT FOR SENTENCING
           STATE PRISON SOUTHERN MICHIGAN       0360 MONTHS 0900 MONTHS
           CREDIT ON MIN. & MAX FOR             0263 DAYS
           V/R ASSESSMENT ORDER                 60.00
           DEF ADVISED OF RIGHT TO APPEAL
           SENTENCING INFORMATION REPORT        0120 MONTHS 0300 MONTHS
           INCARCERATION COST IS                582120.00
           DEF REMANDED SHERIFF CUSTODY
         2 SENTENCING HELD
           DEFENDANT IN COURT
           DEF BEFORE COURT FOR SENTENCING
           SENTENCE SAME AS CHARGE              1
           DEF ADVISED OF RIGHT TO APPEAL
         X JUDGMENT OF SENTENCE FORM
           JUDGMENT OF SENTENCE FORM
           JUDGMENT OF SENTENCE FORM
```

FLICK, DAVID PAUL

| | | |
|---|---|---|
| 04121999 | X MITTIMUS FILED | |
| | 1 JUDGMENT OF SENTENCE FILED | |
| | 2 JUDGMENT OF SENTENCE FILED | |
| | 1 CLOSED - VRA OWING | VRA OWING |
| 04131999 | X ORDER CANCEL LEIN BOND COND | |
| 04131999 | X CERTIFICATION OF REMOVAL | |
| 04191999 | NOTICE OF APPEAL FILED | |
| | REQUEST FOR APPOINTMENT ATTY | |
| 04211999 | SENT COPY OF TIMELY APPEAL TO PROS AND LINDA CARROLL | |
| 04221999 | REC'D SECOND NOTICE OF RIGHT TO TIMELY APPEAL BY RIGHT OR LEAVE AND REQUEST FOR APPT OF ATTORNEY | |
| 05111999 | CLAIM OF APPEAL & ORD APPOINT COUNS | MILLSTEIN, ALFRED |
| | PROOF OF SERVICE FILED | |
| 05271999 | REPORTERS CERTIFICATE FILED | |
| 06041999 | CLAIM OF APPEAL & ORD APPOINT COUNS | HARTSOOK, DAVID M |
| | PROOF OF SERVICE FILED | |
| 06231999 | CLAIM OF APPEAL & ORD APPOINT COUNS | STATE APPELLATE DEFENDER, |
| | PROOF OF SERVICE FILED | |
| 07081999 | REPORTERS CERTIFICATE FILED | |
| | REPORTERS CERTIFICATE FILED | |
| 07091999 | ORDER | |
| 07091999 | FOR PRODUCTION OF TRANSCRIPTS | |
| | PROOF OF SERVICE FILED | |
| 07191999 | REPTERS NOTICE-TRANSCRIPT FILED | |
| | FILED TRANSCRIPT OF MOTION | |
| 07201999 | REPORTERS CERTIFICATE FILED | |
| 08111999 | REPTERS NOTICE-TRANSCRIPT FILED | |
| | FILED TRANSCRIPT OF MOTION | |
| 08181999 | MOTION TO | |
| 08181999 | EXTEND TIME FOR FILING TRANSCRIPT ON APPEAL | |
| | NOTICE OF HEARING | |
| 10141999 | REPTERS NOTICE-TRANSCRIPT FILED | |
| | FILED TRANSCRIPT OF JURY TRIAL - FIVE VOLUMES | |
| | FILED TRANSCRIPT OF VIDEO SENTENCE | |
| 11021999 | MOTION TO | |
| 11021999 | EXTEND TIME FOR FILING TRANSCRIPT ON APPEAL | |
| 01032000 | REPTERS NOTICE-TRANSCRIPT FILED | |
| | FILED TRANSCRIPT OF VIDEO JURY TRIAL VOLUMES I TO V | |
| 02142000 | MOTION TO | |
| 02142000 | EXPARTE MOTION FOR DETERMINATION OF EXPERT WITNESS FEE | |
| | ORDER GRANTING MOTION FOR DETERMINATION OF EXPERT WITNESS FEES | |
| 08202001 | ORDER FROM APPEAL COURT (STATE) | |
| | CONVICTION AFFIRMED-SENTENCE AFFIRM | |
| 03262002 | ORDER FROM SUPREME COURT | |
| 03262002 | APPLICATION FOR LEAVE TO APPEAL IS DENIED. | |
| 03172003 | EXPARTE MOTION FOR WAIVER OF FEES AND COSTS | |
| | AFFIDAVIT OF INDIGENCE | |
| | MOTION TO PRAECIPE | |
| | MOTION TO EVIDENTIARY HEARING TO EXPAND | |
| | REUQEST FOR NOTICE OF HEARING TRIAL COURT RECORD | |
| | PROOF OF SERVICE FILED | |
| 03262003 | SCHED MOTION | MT 04162003 0930 HAMMOND, JOHN T |
| | ATTY NO LONGER REPRESENTS | |

J3R

FLICK, DAVID PAUL

```
03262003 X OPINION & ORDER
03262003 X DEFENDANT'S MOTION IS WHOLLY W/OUT
           ARGUABLE MERIT AND IT THEREFORE
           DENIED, W/OUT FURTHER PROCEEDINGS.
04112003   SCHEDULE CANCELLED                    MT 04162003 0930 HAMMOND, JOHN T
08092003   CASE CLOSED OWING
10132003   MOTION TO
10132003   EXCEED PAGE LIMITATION FOR POST-
           CONVICTION 6.500 BRIEF
           NOTICE OF HEARING
           MOTION TO
           MOTION PRAECIPE
08232004   ORDER FROM APPEAL COURT (STATE)
           MOTION ON APPEAL DENIED
06032005   ORDER FROM SUPREME COURT
06032005   APPLICATION FOR LEAVE TO APPEAL THE
           AUGUST 20, 2004 ORDER OF APPEALS
           IS CONSIDERED (DENIED)
           MOTION FOR REMAND IS (DENIED)
           FILE AND TRANSCRIPTS RETURN TO
           CLERKS OFFICE
```

*** END OF DATA ***

J3R