A. When I met her -- well, when we started dating, actually, I was working with tool and die.

Q. You were doing a tool and die?

A. Yes.

Q. Okay. Was that the job that you decided you didn't like and you left?

A. Yes.

Q. Okay. When you met her then, I suppose, you started dating and then you continued -- did you continue to date her just explicitly?

A. Yes.

Q. Okay. When you started dating her, was she pregnant?

A. Yes, she was.

Q. Did you know it?

A. Yes, I did.

Q. Did it make any difference to you?

A. No, it did not.

Q. Wasn't your child, was it?

A. No, it was not.

Q. About how far along was she when you decided to -- how far pregnant was she -- how -- how many months, do you remember?

A. I believe she was three months pregnant.

Q. Did there come a time when you two moved in to -- together to live together?

A. Yes.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. When was that?
A. I believe it was either April or March of -- of '97.
Q. That was before the baby was born, right?
A. Yes.
Q. Okay. You know her mom, Carol Greene?
A. Yes, I do.
Q. All right. Where did you guys live -- whereabouts was it?
A. 14021, in Sawyer, on Minnick Road.
Q. That's the house that we saw on videotape here the other day?
A. Yes.
Q. Okay. So, you moved -- did you move from Trina Rogers over to --
A. No, I --
Q. Tina's?
A. No, I moved from my mother's house, I believe.
Q. You were with your mom --
A. Yes.
Q. -- before you moved in with Tina?
A. Yes.
Q. Okay. When you moved in, were you responsible for any of the expenses?
A. I'm sorry, can you repeat that?
Q. Respon -- responsible for the expenses in the house?
THE COURT: I don't know if we can hear over the





FORM SMI-25 PENGAD/INDY 1-800-631-6989

coughing?

MR. McDOWELL: I'm sorry, that's --

THE WITNESS: We both were.

BY MR. McDOWELL (continuing):

Q. Huh?

A. We both were, yes.

Q. You both were, okay. Did Tina work and you worked both -- also?

A. Yes, we were on and off.

Q. Was the mom, Mrs. Greene, there all the time?

A. On and off she was.

Q. You knew she was a trucker?

A. Yes.

Q. So, you worked this out with her that you would pay part of the expenses, Tina pay part of the expenses and you'd stay at the house, I understand it, correct?

A. Yes.

Q. Did there come time back in -- wait a second, this would be -- that the baby was born?

A. Yes.

Q. When was the baby born?

A. September 8th, 5:38 in the morning.

Q. Were you there?

A. Yes, I was.

Q. What hospital was it in?





FORM SM-25 PENGAD/INDY 1-800-631-6989

A. Pawating, which I think is called Lakeland, now, in Niles.
Q. Is that down in Niles?
A. Yes.
Q. Okay. So, you were there for the birth, right?
A. Yes, I was.
Q. Did you want to be there for the birth?
A. Yes, I did.
Q. Was Carol there, the mom?
A. Yes.
Q. How'd you feel about being there at the birth?
A. It was very exciting, actually.
Q. Had you ever witnessed one before?
A. No, I have not.
Q. How was that -- did -- did you have insurance through your work that covered that?
A. No, I worked for cash.
Q. Did -- was there any insurance as far as you know?
A. No, there was not.
Q. Was Tina on any kind of aid from the state?
A. Nope.
Q. She said -- she testified here the other day, did she not, that she named the -- the baby David Mark Anthony McBain?
A. Yes.
Q. Why did she name him David, do you know?
A. Well, that was thrown up in the air quite a bit, actually.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

She -- he was to take my name, but I did not want him to have my name because he was -- at one time, I knew that he would be adopted by me and there's too many -- and there's already two David Flick's and at that time, I didn't want three and so, I kind of fell under -- agreed.

Q. So, she wanted to name him David and you -- although, you didn't want to originally, you agreed to it, right?

A. Correct.

Q. Okay. And then as I -- as I understand it, the baby didn't come home from the hospital right away, but instead, stayed there for a while, right?

A. Five days, yes.

Q. Did he have any health problems, do you know, after you got him home?

A. No, he did not.

Q. After he came home then, was Tina still working or were you working or what?

A. I got laid off 'cause -- well, I subcontract for, actually, my own company kind of and it got real slow at that time of year, so, she started working at the truck stop and I watched David for the first three months.

Q. Did you watch him everyday?

A. Yes, I did.

Q. Okay. How was David at that point, his -- how was he getting along?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. I'm not going to lie, he was very, very, very cranky. He was colicky and --
Q. Had you ever been around a colicky baby before?
A. No, I had not.
Q. Was Carol Greene there part of the time?
A. On and off, yes.
Q. Did she help you with him?
A. Yes, she did.
Q. What'd you do when he was -- when he started crying on -- on a colicky child, what -- what was your understanding?
A. Well, I had to call Tina numerous times, actually, to find out what to do. You give him gas medicine, you change him, you burp him, you feed him, you know, you hold him and -- I wasn't one for laying him in the crib and let him cry because it bugged me too much.

MR. CHERRY: Judge, I can't hear him, he's dropping his voice.

BY MR. McDOWELL (continuing):
Q. You weren't much for laying him in the crib?

THE COURT: I'm having trouble hearing it from right here.

BY MR. McDOWELL (continuing):
Q. Okay. Repeat that.
A. I said I was not one for laying him in the crib to let him cry because it just doesn't seem right to do that and I v --





FORM SM-25 PENGAD/INDY 1-800-631-6989

barely did that.

Q. You had some kind of gas medicine you gave him?

A. Yes.

Q. All right. Is that prescribed by the doctor?

A. No, I believe, it was bought right over the counter.

Q. Did there come and time in March of '98 when you and Tina and David went to California?

A. Yes.

Q. How'd that come about?

A. Tina's sister's with Playboy magazine and we got invited to go out there and visit the Playboy mansion and go to Disneyland for about a week.

Q. Okay. So, they paid for it, huh -- somebody else paid for it?

A. No, I paid for myself.

Q. Oh, you paid for --

A. They --

Q. -- yourself?

A. They were paid for by Hugh Hefner of the Playboy mansion.

Q. So, that was a good freebee trip, right?

THE COURT: You'll have to keep your voice up, it's hard to hear you.

THE WITNESS: Sorry.

BY MR. McDOWELL (continuing):

Q. At least part of it?





FORM SMF-25 PENGAD/INDY 1-800-631-6989

A. Yes.
Q. Okay. This picture here, Exhibit J, shows you holding David in front of a building, right?
A. Yes.
Q. Where was that taken?
A. Playboy mansion -- California.
Q. Okay. And do you know about when that was?
A. I was -- I -- March 26, I believe.
Q. Then you were out there for a week, then did you come back to Michigan or not?
A. No, I did not.
Q. Where'd you go?
A. When me and Tina were in Michigan, we had an agreement for me to go to Arizona because she wanted to move to -- closer to California, because she wanted to sing. And I had a friend of mine that lived in Arizona, so, I went to stay with my friend, get an apartment, job, motorcycle or a car and then come back for her and David, within about two weeks to about a month.
Q. Did you do that?
A. I didn't stay as long as I planned, but yes, I did go there.
Q. Did you get a job?
A. Yes, I did.
Q. What were doing?

Tape 99B-0021-A, 2-22-99, 1:18





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. Electrician.
Q. All right. How much -- do you remember what that paid?
A. Not very much at all.
Q. How much were you getting painting?
A. Ten dollars an hour -- well, between $10 and $15 an hour, cash.
Q. And the -- the elect -- electrician job didn't pay that much?
A. No, it did not.
Q. Was there a reason then that you left Phoenix?
A. Yes.
Q. Why?
A. Me and Tina had contacted each other over the phone -- I don't rem -- remem -- remember who called who. And she was crying, I asked her what was wrong and at first she wouldn't tell me and then she told me that she was pregnant.
THE COURT: Your -- your voice is dropping --
THE WITNESS: I'm sorry.
THE COURT: -- so, we can't hear you.
THE WITNESS: She told me that she was pregnant.
BY MR. McDOWELL (continuing):
Q. Okay. You didn't know she was pregnant before this?
A. No, I did not.
Q. What, if anything did you do or say after you found out Tina was pregnant?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. I told her I'd be home in three days.
Q. And did you come home?
A. Yes, I did.
Q. What'd you do when you got back here?
A. As far as job wise?
Q. Yes, I'm going ask wise and that.
A. I got a job painting again for a guy named Jim Malone.
Q. How much did he pay?
A. Ten dollars, cash.
Q. Where did you live?
A. With Tina.
Q. And she was pregnant as far as you knew?
A. Yes.
Q. When was that baby due?
A. I believe September, I don't recall.
Q. September of '98, correct?
A. Yes.
Q. You heard her testify here the other day, did you not -- Tina?
A. Yes, I did.
Q. Okay. That pregnancy ended in a still birth as I understand it and it was a miscarriage?
A. Yes.
Q. Okay. When was that, do you know -- the miscarriage?
A. It was the same week David died.





FORM SM-25 PENGAD/INDY 1-800-631-6989

Q. Did you -- you said you had another job, right? You had worked for the painter and you also bartended?
A. At first, yes.
Q. Why did you quit bartending?
A. I don't like the atmos -- atmosphere.
Q. Did you find yourself drinking when you bartended?
A. I drank a lot when I bartended, yes.
Q. So, you voluntarily gave up that job, right?
A. Yes, I did.
Q. Did you continue to drink?
A. I -- when I quit bartending, yes, I did for -- 'til about two months before David was born, I believe.
Q. Have you stopped?
A. Not completely, no. I was just down to, like, a beer or whatever a day or -- I dropped massively.
Q. Before that, were you drinking hard liquor?
A. Yes, I was.
Q. Did Tina like you to drink?
A. No, she did not.
Q. Then in -- as I understand it, in April or thereabouts of '98, Tina was working at a restaurant, correct?
A. Yes.
Q. And was she -- you would come home and baby-sit and then she'd go to work, is that the idea?
A. Yes.





FORM SM-25 PENGAD/INDY 1-800-631-6989

Q. So that you didn't have to hire a babysitter to get to work, correct?
A. Right.
Q. Okay. How did that work out?
A. It actually worked out fine, 'cause I got off work -- with the hours I work, I work my own hours. Like I said, I subcontract, so I can get off anytime I want and take her to work. Usually, there was no problem.
Q. After you found out Tina was pregnant with this other child, did you and she ever discuss marriage?
A. Yes.
Q. What did you discuss in that regard?
A. I wanted to be married before -- her name was to Michaela and I wanted to be married before Michaela was born.
Q. And did she agree with that --
A. Yes, she did.
Q. -- do you know? Okay. What date were you going to get married, do you remember -- did you set a date or no?
A. We were throwing that -- that up in the air quite a bit -- July or August or -- we didn't really know.
Q. What were you plans in regard to David McBain?
A. I planned -- planned on adopting him.
Q. You didn't actually file any paperwork?
A. No, I did not.
Q. Do you remember May 8th, that Friday that we've been talking





FORM SM-25 PENGAD/INDY 1-800-631-6989

about?

A. Yes, I do.

Q. Okay. Now, on that date, do you remember getting up in the morning?

A. Yes.

Q. Okay. How'd that happen -- tell us, starting out, maybe whatever time you woke up, 7:30, 8:00, 8:30, whatever?

A. David woke us up like he always did and he had this little Ernie doll and every time you hit it, it would say I -- I feel great. And then Tina'd wake up and she brought him into bed with us and put him in bed with me and he crawled and pulled the covers up my face.

Q. So he'd wake you up?

A. I'm sorry?

Q. David would wake you up, right?

A. Yes.

Q. And on this date, was he healthy, on May 8th?

A. Yes, he was.

Q. What time did he wake you up?

A. I believe it was 9:00.

Q. And then what happened?

A. Me and Tina got up and showered and I got ready and went to work.

Q. Where'd you work that day, do you remember?

A. At a house in -- a house in Lakeside.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. What were you doing, painting?
A. Painting the house.
Q. Okay. And did you paint through until you were done or do you stop for lunch or how does that work?
A. Most of the time I just worked through lunch.
Q. Did -- what time did you quit painting for that day -- on that Friday?
A. I believe it was 3 -- 3:00.
Q. And what day did you get paid on, usually?
A. Well, that was thrown up in the air quite a bit, too. I -- sometimes every other day, sometimes every day right after work, sometimes once a week.
Q. Do you remember this Friday did he -- did he come by and pay you?
A. Yes, he did.
Q. Did you have any particular money shortage that week that you recall?
A. No.
Q. Did you have a lot of extra spending money or not?
A. Yes, that week we did.
Q. You did have some extra spending money? All right. Then how did you get home from the job that he -- after he paid you?
A. Actually, I had to take Tina to work first.
Q. Oh, you took her to work. All right. And then where is





FORM SM-25 PENGAD/INDY 1-800-631-6989

little David?
A. David was in the back seat.
Q. Did you have a car seat for him?
A. Yes.
Q. Okay. And some kids are good, some kids are bad in the car seat, how as he?
A. He was good in the car seat 'cause we went to Tennessee every other weekend to visit her mother, so , he actually loved it, in my opinion.
Q. He was used to riding in the car seat. He wasn't too bad?
A. No.
Q. Did you take Tina to work?
A. Yes, I did.
Q. What happened then?
A. I went to Three Oaks and got gas.
Q. Did you run into somebody you knew there?
A. Yes, I did.
Q. Who was that?
A. Shawn Fatter.
Q. You heard him testify the other day, is that correct?
A. Yes.
Q. Is that what happened?
A. Yes.
Q. Is he a friend of yours?
A. Yes.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. Is he your best friend or not quite?
A. Actually I haven't talk to him -- within the last year, I've talked to him maybe three times.
Q. And you saw him and David was with you, right?
A. Yes.
Q. How as David behaving at that point?
A. He was playing with keys, I believe.
Q. After you did that and stopped for gas or whatever, what did you do?
A. I went to Saint Joe to my friend, Al's, house.
Q. Okay. Now, Al is deceased at this point, right?
A. Yes.
Q. Okay. Was he one of your best friends?
A. He was my best friend for ten and -- nine and a half years.
Q. Did he live in the same neighborhood you lived in?
A. He actually, -- yes, he lived with me and Tina for a while, too.
Q. And did he have a girlfriend?
A. Yes.
Q. Who's his girl -- Al's girlfriend?
A. At that time, Jill Kerwin.
Q. So you went to see Al, right?
A. Yes.
Q. Nothing unusual about that?
A. I always went there.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. Okay. And you had little David with you?
A. Yes.
Q. What time did you get to Al's?
A. It was between 4:00 and 6:00, I don't re -- recall exact times.
Q. He lives up on this end of the county?
A. Yes.
Q. What street did he live on, do you know?
A. Colfax.
Q. All right. He wasn't there I take it, correct?
A. Right, he was gone.
Q. What'd you do then?
A. I went to his girlfriend's house.
Q. And was she home?
A. No, she was not.
Q. Did they know you were coming or no?
A. No.
Q. Didn't expect you?
A. No.
Q. Okay. Would you drop in on them unexpectedly like that?
A. All the time, yes -- Al, I would -- just Al I would.
Q. Okay. You would drop in on him unex -- unexpectedly?
A. Yes.
Q. Okay. After then you determined that Al wasn't home and Jill wasn't home, what'd you do David?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. Well, after I left Jill's, I believe I went to talk Taco Bell right after that.
Q. And what'd you do there?
A. I got something to eat.
Q. Did you get something for David or doesn't he eat that fast food?
A. Doesn't -- no, he has bottles at that time.
Q. He had a bottle?
A. Yes.
Q. Okay. Did you eat the stuff?
A. After I drove back to his girlfriend's house, yes.
Q. Okay. Were you kind of waiting for the girlfriend?
A. Yes.
Q. Did she come back?
A. Well, I was waiting for Al. No -- no.
Q. Nobody?
A. No.
Q. Couldn't make contact with either Al or the girlfriend?
A. No.
Q. What -- what'd you do then?
A. I went back home.
Q. What time did you get there?
A. Between 6:00 and 7:00, I think.
Q. And how was David behaving at that point?
A. He was fine.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. What'd you do when you got back -- I assume you went back home, you meant on Minnick Road?
A. Yes.
Q. What'd you do when you got there?
A. I had to make David another bottle first and I don't remember if I did the dishes right away or -- I do recall setting him on the bed. That's when all that happened.
Q. You set him on the bed -- which bed is that?
A. The waterbed.
Q. Now you've seen all the photos in this case, obviously, haven't you David?
A. Most of them, yes.
Q. And this one, Exhibit O, looks to be a waterbed with a crib in the corner. I ask you whether that looks familiar?
A. Yes.
Q. Is that the bed you put him on?
A. Yes.
Q. Now this was taken on the 20 -- June 22nd, it indicates on the back. Was that diaper bag and that pampers on the bed at the time or do you know?
A. Diaper bag was, yes.
Q. Was that the diaper bag you guys used for David?
A. Yes.
Q. On May 8th, did you know how high the waterbed was from the floor?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. No.
Q. You never measured it?
A. No.
Q. Had you ever put David on that waterbed before?
A. Yes, but I never left the room with him, never.
Q. Did he ever fall off it before?
A. Not that bed, no.
Q. So, you put him on the bed, and then what'd you do?
A. I went into the restroom to use the restroom.
Q. And while you're in the -- in the restroom -- let me as you this, isn't the restroom just on the other side of the bedroom?
A. It's right around the corner.
Q. Okay. While you're in the restroom, what do you hear?
A. I heard a -- a thud noise and I heard David start crying.
Q. Did you know what happened at that point or not?
A. It was obvious, yeah.
Q. He fell off the bed?
A. Yes.
Q. Okay. You guys had two dogs in that house, too, didn't you?
A. Yes, but one of them had puppies, so, actually --
Q. Well, okay. But two full sized dogs?
A. Yes. Yes.
Q. Okay. Was the dog in the bedroom, do you know, when he fell?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. I have no idea.
Q. Okay. When you went into the bedroom, did you pick him up?
A. Yes, I did.
Q. And how did he look at that point?
A. He was crying, but he was fine.
Q. Did he have any bruises to his head or did you feel his head?
A. Nope, he had no bruises at all -- did not feel his head, no, but he had no bruises.
Q. You didn't see anything?
A. Nope.
Q. See any blood?
A. Nope.
Q. Was there a rug on the floor by the bed or no rug?
A. I don't re -- recall -- I don't think there ever -- I don't know.
Q. So he was crying, right?
A. Yes.
Q. You picked him up?
A. Yes.
Q. Was he still crying when you first picked him up?
A. Yes, he was.
Q. What'd you do with him?
A. I was holding him the whole time and I just walked around the house.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. Did he stop crying?
A. Yes, he did.
Q. Okay. Then what'd you do with little David?
A. I remember now, that is when I set him in the living room and then I went to do -- do the dishes.
Q. You put him down in the living room?
A. Yes.
Q. Did you put him on the floor or on the couch or what?
A. The floor.
Q. Did you guys put him on the floor a lot?
A. Yes.
Q. Okay. Was he crawling at that point?
A. He was standing at that point.
Q. He would stand. Okay. So he already crawled, right?
A. Yes.
Q. When you put him on the floor, then you think you did the dishes?
A. Yes.
Q. What did Dave -- David do -- little David?
A. Actually, he crawled into the kitchen.
Q. After you finished the dishes, what happened?
A. I picked David back up and we went back into the living room and I set him back on the floor and I believe I was reading the newspaper at the time and that's when the dog jumped on the couch -- we just got new furniture, a month or so -- and



FORM SMI-25 PENGAD/INDY 1-800-631-6989

the dog jumped on the couch and -- this is wrong on my part and I'll admit this, but I shoved the dog. As soon as he jumped on there, 'cause he's not allowed on furniture and he landed right on David. He did not cry at all.

Q. So the dog jumped down and landed on David?

A. Yes.

Q. Was it that dog that was in the picture here the other day?

A. Yes.

Q. Is that David's dog?

A. Yes.

Q. So he didn't cry?

A. No.

Q. What'd you do when the dog jumped on him?

A. I stuck my fingers out and pulled David back up -- he grabbed my fingers and I pulled him back up and he grabbed his bottle.

Q. And so it didn't appear to you that he had any injury?

A. Correct.

Q. You heard the doctor testify they found a bruise on his side, correct?

A. Yes.

Q. Do you have any other way to account for that bruise except for the dog jumping?

A. No, I do not.

Q. After you pulled him up then, did -- did he -- now -- now





FORM SMI-25 PENGAD/INDY 1-800-631-6989

he didn't cry this time, did he?

A. No, he didn't.

Q. Okay. Then what'd you do?

A. I -- I think I packed his stuff up and I believe that's when I went to my father's house.

Q. You packed your stuff up and went to your father's house?

A. Well, David's stuff up.

Q. All right. And what happened at your dad's house?

A. My dad was there and I went there to see if he would baby-sit for me.

Q. Okay. What'd he say?

A. Well, actually, I went to see if my sister would baby-sit and he advised me that he would baby-sit if I could -- if she wasn't home on time.

Q. What's her name?

A. Jackie Fox.

Q. Jackie Fox. She testified here the other day, right?

A. Yes.

Q. She's test -- she'd babysat with you other times, right?

A. Yes, numerous times, yes.

Q. But she wasn't home?

A. No, she wasn't.

Q. So tell me the conversation with your dad, did you ask for Jackie or did you ask your dad to baby-sit?

A. To baby-sit? Well, I intended on asking Jackie to baby-sit





FORM SMI-25 PENGAD/INDY 1-800-631-6989

and then he offered that if I couldn't find one to have him do it. If -- well, actually, he told me to call later on. My stepmother was not home yet, so --

Q. Was that unusual for your dad to offer to baby-sit?

A. No, him and Liz watched David quite a bit actually.

Q. So then you didn't stay there did you -- at your dad's?

A. No, I didn't.

Q. Where'd you go then?

A. I went back home.

Q. And then what'd you do?

A. I was picking up around the house for a little while and -- and I intended on going to my dad's house and I packed up David's stuff for --

Q. Okay.

A. -- baby food.

Q. What do -- with a kid -- a child that old, what kind of stuff did you have to get?

A. Baby food and he was on formula at that time, and diapers and change of clothes and a spit up rag and stuff like that.

Q. Do you guys make the form -- I mean, do you mix the bottles for him?

A. Yes.

Q. All right. Then what'd you do after you packed up his stuff?

A. I ran out to the car to put everything in the car including



FORM SMI-25 PENGAD/INDY 1-800-631-6989

David and I forgot his rattle and went back inside and that's when he fell out of my arms.
Q. Well, let me ask you. You -- you had some of the stuff out in the car, right?
A. Yes.
Q. Okay. And then you knew you forgot something, right?
A. Yes.
Q. Did you bring David back with you?
A. Yes, I did.
Q. He wasn't in the car seat in the car was he, or was --
A. No, he wasn't.
Q. So you brought him back into the house with you?
A. Yes.
Q. 'Cause you forgot something that he wanted?
A. Yes.
Q. What -- you said it's his favorite rattle, what'd it look like?
A. It had a -- it was ro -- round like a ball and this end it -- was round too and it had a hole in the middle of it. He always put in his mouth all the time.
Q. Was he teething or about to be teething?
A. I think so, yes.
Q. So you wanted to make sure you took that rattle with you, right?
A. Yes.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. Now, you said you went inside and you went into the -- was the crib in the bedroom?
A. Yes.
Q. Let me show you this. Exhibit L, previously identified, does that look familiar?
A. Yes.
Q. Is that his crib?
A. Yes.
Q. Okay. You can identify it?
A. Yes.
Q. It's got a screwdriver holding up part of it?
A. It just broke a few days before that, yes.
Q. Okay. You probably put that in there or something?
A. Yes.
Q. All right. When you went into the bedroom, you were carrying David?
A. Yes.
Q. Would you stand up, please, and -- from where you are -- and you'll have to speak up, otherwise this won't -- and I want you to show the jury, please -- and you can pretend that this -- this part here would have been the crib, how you were holding David and what happened. Could you demonstrate that, please?
A. I was holding him with right arm like this --
Q. Okay.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

MR. McDOWELL: That won't pick up?

THE COURT: Why don't you get --

MR. McDOWELL: Let me get the mike.

THE COURT: -- the jury microphone.

THE WITNESS: I was -- I was holding him with my right arm, like this and I reached into his crib with my left hand and David had a humping thing that he did, in shopping carts and when you were holding him and stuff. He would pull himself up on --

THE COURT: You're dropping your voice.

THE WITNESS: He pulled himself up all the time and I went to reach into the crib and he -- he leaned back and I went like this and I hit the crib and all I caught was a shoe with my arm.

BY MR. McDOWELL (continuing):

Q. He was in your right arm that you're holding the microphone with?

A. Yes.

Q. All right. And he -- he does the humping motion and goes to floor?

A. Yes.

Q. You couldn't catch him with your left hand?

A. No, I couldn't.

Q. 'Cause your left hand's inside the crib, right?

A. Yes.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. Had he ever done that to you before? Had he ever jumped out of your arm like that?
A. He's never jumped out of my arm, but I always had my left hand to catch him, so, no, he has never fell, no.
Q. Okay. You can put that back.
THE COURT: Please get them --
MR. McDOWELL: Just have a seat.
THE COURT: -- back from the witness then.
BY MR. McDOWELL (continuing):
Q. When he fell, did he go straight to the ground?
A. Yes, he did.
Q. Didn't bump against your body?
A. I don't believe so.
Q. What hit, could you tell -- what part of the baby's body?
A. His head hit.
Q. Okay. Did -- what did he do after his head hit, did he cry?
A. No, he didn't.
Q. Did he make any movement?
A. No, he didn't.
Q. What'd you do?
A. I picked him up right away.
Q. Was he breathing?
A. He was gasping for air, so --
Q. What'd you do?
A. I ran into the living room to -- and laid him down on the





FORM SMI-25 PENGAD/INDY 1-800-631-6989

couch -- or I'm sorry, on the floor and I tried CPR.

Q. Did you know --

A. I had no idea how to do it.

Q. You didn't know how to do CPR? You hadn't seen pictures of people doing it?

A. Not on infants, I didn't, no.

Q. What'd you do with little David to try and do the CPR to him -- what did you do?

A. I put my hands on his chest, right here and I was pushing down so he'd breathe out and then I -- I breathed in his mouth and he puked up formula in my mouth and he did start breathing again, normally. And I pulled him back up and started patting him on the back, like this, and he spit up more formula and I picked him up so he was in standing position and he acknowledged me for a few seconds and then he quit breathing again.

Q. Did he look at you?

A. Yes.

Q. Okay. He was -- he still wasn't crying then?

A. No, he was not. He was making no noise at all, just -- except gasping for air.

Q. So what'd you do when he's -- after you -- you know, you got him back around and he started breathing again and then he started gasping, what'd you do?

A. I picked him up and went to run out the back door and that's





FORM SMI-25 PENGAD/INDY 1-800-631-6989

when I -- I kicked the door and it didn't open. And I ran into the door and hit my head, also, on the door.
Q. That door on that -- right there in front of you opens this way, doesn't it -- open out?
A. Same -- same way that door opens, yes.
Q. Did you kick it to open it up?
A. I did that numerous times, 'cause I always had my hands full with David and diapers and --
Q. So you did it on this occasion and you hit your head and he hit his?
A. Yes.
Q. Was it hard or not hard or how -- how big of a hit was it?
A. Mr. McDowell, my -- my eight month old boy quit breathing in my arms, I don't know how hard it was when I ran into it -- did it do anything? In my opinion, no.
Q. You don't think it did anything to him?
A. No, I didn't -- no -- no.
Q. Did you get a goose egg after that -- you know, like a --
A. I didn't even look at myself. I couldn't tell you.
Q. What'd you do after you got outside the door?
A. I ran outside and laid him down on the cement and tried CPR again.
Q. Same thing, push on his chest?
A. Yes.
Q. Did he respond?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. No. He went into -- just -- I think it's a seizure. I don't know, he started shaking and stuff and I just started flipping out and -- just -- he wouldn't -- he wouldn't acknowledge me at all non more.

Q. Did he breath anymore?

A. He was taking shore breaths, just --

Q. Did his eyes open or no?

A. Yeah, I -- I thought he had -- I didn't know if he had something caught in thr -- I didn't know, I couldn't tell 'cause he kept on spitting formula up. I didn't know what the --

Q. All right. When you were outside then, the CPR didn't work -- by the way, how was he dressed -- David then?

A. I believe he was wearing blue sweat pants and a shirt and diapers.

Q. Okay. You then -- where did you go after you had laid him outside and he didn't respond to you, what'd you do then?

A. Well, I knew that my neighbor had a -- was going to school for some medical -- I didn't know what. And I ran over there for help.

Q. You knew his children, didn't you -- Jackson's children?

A. Yes.

Q. And you thought he had something to do with -- why would you got him, I mean -- is the question -- I mean, why would you go to --



FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. Why would I go to him? Well, because I didn't want to sit there alone with my son that's not breathing and dial 9-1-1 and just sit -- I don't know what to do -- maybe -- maybe they can get him breathing quicker than I can. I had no --
Q. You still weren't sure --
A. -- idea --
Q. -- if there was something caught in his throat?
A. I had no idea -- had no idea.
Q. When you went over there, was the son there?
A. Yes.
Q. Did he let you in?
A. Yes, he did.
Q. That's Aaron?
A. Yes.
Q. You knew Aaron for a long time, didn't you?
A. Yes.
Q. And was Mr. Jackson there?
A. Yes, he was.
Q. Did Mr. Jackson say, wow, what happened or something like that?
A. I don't recall what he said to me.
Q. Okay. Did you tell anybody at the Jackson house that the baby fell off the bed?
A. At the Jackson house?

Tape 99B-0021-A, 2-22-99, 1:44





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. Yeah.
A. I told the Jackson's that and the paramedics that.
Q. Did you tell the Jackson's that you hit the baby's head on the door on the way out?
A. No. It was a very brief conversation.
Q. Okay. Was he starting the breath a little bit then -- David?
A. Actually, I timed it on my watch and every ten seconds he would --
Q. Take a breath?
A. Take a breath, yeah.
Q. Did you guys try CPR when you were at Mr. Jackson's?
A. No.
Q. Did they make a phone call?
A. Yes.
Q. Who'd they call?
A. 9-1-1.
Q. And did they get there then?
A. Yes.
Q. All right. Did you know those people that came in from nine --
A. Not personally, but I knew who they were, yes.
Q. You knew they were the ambulance people?
A. I knew Bill Farhat was a police officer. That's all I knew.
Q. And they -- then they took charge of David?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. Yes.
Q. Did they put a tube in his mouth and -- or at lease use a breathing device for him?
A. Yes.
Q. Did you see any blood at that point?
A. No.
Q. Did you ever see any blood?
A. No.
Q. If Mr. Farhat asked -- Officer Farhat asked you what happened?
A. That's not exactly how he said it, no.
Q. What'd he say?
A. He come in and said, what did you do?
Q. What did you do? Okay. What'd you say?
A. I said, he fell off the bed.
Q. And did he say anything to you?
A. Well, he asked me how it happened and I said I was not in the room at the time, I did not know.
Q. Did he ask you how far was the bed from the floor?
A. I don't' believe so.
Q. Okay. Did you actually know how far it was at that point or didn't you find out how far it was?
A. I knew it was knee high. I didn't --
Q. Okay. So then did they continue doing their procedures with little David?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. Yes, they did.
Q. Okay. And apparently they weren't there too long and they took him away in the ambulance, right?
A. Yes.
Q. You rode with them?
A. Yes.
Q. Did -- did you ask with them?
A. No, I wanted to go pick up Tina.
Q. What happened then -- you went -- you went to -- not Bronson -- you went to Lakeland, right?
A. Yes.
Q. What happened there at Lakeland?
A. They had David in a room and I was standing there and they kept on throwing this thing around was, are you the father, are you not the father. I didn't know what to say because I didn't know if they'd treat him being that he had a different last name than me. I didn't -- I basically was his father, yes, but as far as legally, no.

THE COURT: Counsel, can I see you for a moment, please?

BY MR. McDOWELL (continuing):
Q. You didn't claim to be the dad?
A. No, I did not.

(At 1:47 p.m., off record bench conference)

MR. McDOWELL: Judge, could I ask that the jury just





FORM SMI-25 PENGAD/INDY 1-800-631-6989

stand up for a minute and maybe -- I know -- I just -- when I got in here after lunch it seemed warm. I don't know if it's me or -- it seemed warm in here. They been sitting there 45 minutes and --

THE COURT: Well, I've had a jury a lot longer than that but --

MR. McDOWELL: Oh, I know.

THE COURT: -- a quick seventh inning stretch might not hurt anybody.

THE COURT: Let's go.

BY MR. McDOWELL (continuing):

Q. David, taking that back, you're -- back to that point, you're at Lakeland and they're asking you if you're the dad or not, right?

A. Yes.

Q. Okay. Do they then -- does -- you saw Doctor Carlson testify, right?

A. Yes.

Q. Did you see him that night -- do you remember him?

A. Just by him saying it was him I talked to -- I don't recall what he looks like, no.

Q. Did he ask you what happen?

A. Yes.

Q. What did you tell him?

A. I told him he fell off the bed.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. Did you tell him the dog jumped on him?
A. Yes.
Q. Did you tell him you hit his head on the way out the door?
A. I don't recall if I said that or not.
Q. Did he say, something like, well, this couldn't happen that way or anything like that?
A. No, he didn't say nothing.
Q. Did Tina arrive then at the scene?
A. Yes.
Q. Okay. What -- how was she?
A. Very emotional.
Q. Did you then find out that they were going to aero-vac him out?
A. Yes.
Q. When you were in the ambulance, did you hear Officer Farhat say, hey, we better -- you better get an officer over here or did you -- were you able to hear any of that conversation or couldn't you hear that?
A. Yes, I did.
Q. What'd you hear -- what'd you hear Farhat say?
A. I don't remember exact conversation. I do remember he called in for the police to be there because of suspicious wounds, which I never understood.
Q. Because of a suspicious what?
A. Wounds.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. Wounds, all right. So, you knew the police would probably come to the hospital, right?
A. Yes.
Q. Okay. And one came --
A. Yes.
Q. right, while you were still there?
A. Yes.
Q. Was that Officer Hopke?
A. Yes.
Q. Okay. And did he ask you what happened?
A. Not in that way, no.
Q. What'd -- how -- how'd he say -- what'd he say?
A. He asked me if -- exactly -- first thing he said when he walked into that room was, did you lose your temper?
Q. What'd you say?
A. I said, no, I did not.
Q. Then did he say, what happened, or --
A. Well, he says, why don't you sit down and explain it to me then.
Q. Okay.
A. And so --
Q. Did you tell him what hap -- what'd you tell him?
A. I tried, yes. I told him --
Q. Huh?
A. I told him the same thing I told everyone else. I told him



TRANSCRIPTS UNLIMITED, INC.

FORM SMI-25 PENGAD/INDY 1-800-631-6989

that he fell off the bed.
Q. And the dog jumped on him?
A. Yes.
Q. Was Tina there when you were giving that story?
A. No.
Q. And did he say anything after you told Hopke that -- did Hopke say anything to you?
A. I don't believe so.
Q. You knew Officer Hopke from before, right?
A. Yes.
Q. You -- you knew him from town and you went to school with him or no?
A. I just know him being a police officer, that's all.
Q. After you talked to Hopke, what happened?
A. I believe Tina came running into the room.
Q. How long -- where was David -- little David then?
A. He was in the treatment room.
Q. Do you know what they did with little David or do you not know?
A. I have no idea.
Q. Okay. Did there come a time when the helicopter came?
A. Yes.
Q. Did the helicopter take him?
A. Yes.
Q. And you were told that you -- that he was going to Bronson?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. Yes.
Q. And you drove -- how'd you get to Bronson?
A. I drove.
Q. With Tina?
A. Yes.
Q. Okay. What time did you get there -- to the hospital, remember?
A. Half an hour after we left Sawyer.
Q. So you didn't waste any time getting there, right?
A. No, no.
Q. Okay. When you and Tina were in the car, did you discuss the case?
A. We didn't talk at all.
Q. Was she still crying?
A. We both were, yes.
Q. You were crying too?
A. Yes, on and off.
Q. When you got up there at Bronson, what happened -- not as far as David, but what if anything was said to you after you arrived there?
A. They asked me -- I don't -- I think -- I don't remember her name -- Doctor Tosiou or Tosio or whatever her name is. They asked me what happened within the last week -- everything that happened in the last week, so that's --
Q. Did you tell them everything?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. Yes.
Q. Then what?
A. Me and Tina, and her father and her step sister -- I don't remember if her brother was there or not, but we all sat in the waiting room.
Q. You sat in the waiting room and where was little David?
A. I believe he was getting a CAT Scan done.
Q. Do you know what time that was as far as you can tell?
A. Vaguely, I think it was around 10:30.
Q. Did they then do the CAT Scan?
A. Yes.
Q. Had you met Doctor Page at that time or not?
A. No.
Q. When did you meet Doctor Page?
A. It was between 11:30 and 1:00 -- 1:00 I would imagine.
Q. And how were you introduced to him?
A. He come up to us and told us that he was Dave -- David's doctor.
Q. And you'd never seen him before, had you?
A. No.
Q. Okay. And what was your conversation with Doctor Page at that point?
A. He said David was in stable condition, he did have a severe head injury, he had a fracture and that, basically, he was going to be able to -- be okay and be able to come home in





FORM SMI-25 PENGAD/INDY 1-800-631-6989

two week -- two to three weeks is what he said.
Q. What did you think when you heard that news?
A. Actually, it was a relief.
Q. That's the first --
A. It's supposed to be the best trauma center around and I figured, he's okay.
Q. So that was encouraging news to you?
A. Yes, very encouraging.
Q. Did Doctor Page ever tell you at that point, hey, I don't think this kid rolled off the bed and the dog jumped on it -- did he say that?
A. No, Doctor Page never asked me what happened -- not at that time.
Q. So then, what happened after that?
A. They put David in a PICU, the -- me and Tina went up there and sat with him and read him books most of the night.
Q. Did he ever wake up at Bronson?
A. I -- I can't say he woke up, he -- he was moving around. His eyes didn't open, but he was moving.
Q. You heard the doctor's talk about posturing, they say when the limbs are pulled in like that -- you saw that, right?
A. Yes.
Q. Was he doing that?
A. No, he was not.
Q. Did you see any bruises to his head?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. Yes, I did. He had one right here.
Q. Over his eye?
A. Yes, from the door, I believe.
Q. You think that's the door?
A. I believe so, yes.
Q. Had you seen it at Lakeland, the bruise on the eye?
A. I don't recall, because when we were taking him -- we were taking to the helicopter, it was getting dark or it was dark. I didn't see him at Lakeland.
Q. Well, we you get to Bronson, you do see a bruise over the eye --
A. Yes.
Q. -- correct. Did anybody ask you how that bruise got there?
A. I don't recall.
Q. So then you're reading to him and all that. Do other family members show up?
A. Yes.
Q. Who comes in?
A. Well, actually Tina's father was already there, but --
Q. He was already there?
A. Yes.
Q. Was he there when Doctor Page talked to you guys?
A. Yes.
Q. You remember that conversation, right?
A. Yes, I do.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. You heard Doctor Page say the other day he never said that, right?

A. Yes, I did hear him say that.

Q. But you can remember that?

A. When they said my son was going to live, yes, I can remember that.

MR. CHERRY: He's dropping his voice, can't here him.

THE WITNESS: I'm sorry.

THE COURT: I couldn't hear him here and I'm a yard from him.

BY MR. McDOWELL (continuing):

Q. Repeat that.

A. They said that my son was going to live, so, yes, I would remember that.

Q. And then -- what happened then after he's in intensive -- pediatric -- PICU -- pediatric intensive care unit -- what happened after that?

A. We had him on a heating lamp all night long and they said it was to -- to raise his temperature and it was around 2:30 and -- I don't know how to read that blood pressure and all that stuff and those monitors, but Tina's dad does and he stated that there -- he seen -- that there was a problem. Everything started dropping or increasing, I don't recall which one. And the beeping -- I do remember everything started beeping and stuff and we called the doctor -- the





FORM SMI-25 PENGAD/INDY 1-800-631-6989

nurse.

Q. And she come down?

A. Yes.

Q. All right. And then did you talk to the doctor after that?

A. After that -- I didn't talk to him until 6:30 in the morning after that. No, I didn't.

Q. What'd you do after the nurse came down when the blood pressure and all that went up?

A. I asked what's going on with our son?

Q. What happened -- what was said to you?

A. She said he was okay, but -- but she needs to call in the -- a different doctor.

Q. Then what'd you do?

A. We stayed right there with him for a few minutes -- actually it was like a half an hour.

Q. All right. Did he seem okay or could you tell?

A. I couldn't tell. They had him sedated -- I couldn't tell.

Q. Then what happened?

A. They told us to go ahead and get some rest, that everything was fine. And so, me and Tina went into some room that they made up for us and we went to sleep.

THE COURT: We're having trouble hearing you, please try to keep your voice up. Find someone out in the back row that you know and speak in a voice that you think they would -- would cause them to be able to hear.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

BY MR. McDOWELL (continuing):

Q. So they told you you could get some sleep and you went down to another room they set out for parents and family and things like that and slept in there?

A. Yes.

Q. Then did there come a time they awakened you?

A. Yes.

Q. What time was that?

A. Between 5:30 and 6:00, I believe.

Q. How'd you get awakened?

A. Doctor -- I don't recall if it was Page or Meyer, it might have been both.

Q. And they initiated a conversation with you?

A. Yes.

Q. What'd they say?

A. They called us into a different room, me, Tina, and her brother, David and sat us down and said, we have bad news. And I says, well, what's going on and they says, well, we ran a second CAT Scan on David and -- and he has three fractures now and he's not expected to make it. And I says, well, what are -- what's his chances? And he says, I'd rather not say.

Q. So you went from, he's stabilized and that, to he's going to die?

A. Yes.





FORM SMI-25 PENGAD/INDY 1-800-631-6989

Q. What'd you say, if anything?
A. I didn't say anything.
Q. What'd Tina say?
A. She got up and said, my little boy isn't gonna die.
Q. Did you still stay in the intensive care unit up there?
A. Me and Tina ran down to David's bed side and we --
Q. Did he look any different?
A. No, not that -- no.
Q. Had you ever met Doctor Meyer before?
A. Not 'til that 6:30 or 6:00 in the morning, no, I had not.
Q. Did you then -- did you find out then that he was a neurologist --?
A. Yes.
Q. -- neurosurgeon --
A. Yes.
Q. -- brain surgeon, right?
A. Yes.
Q. Okay. And then he said that it was his opinion and Doctor Page's both that he was going to die?
A. Yes.
Q. Did you -- did you two guys -- what'd you do then?
A. That's when we ran down to David's bedside and just held his hand, basically.
Q. Then did more family members arrive?
A. Yes.





FORM SM-25 PENGAD/INDY 1-800-631-6989

Q. Was David still on life support?
A. Yes.
Q. Had the breathing tube been in?
A. Yes.
Q. And did they disconnect it?
A. Around 10:00 that night, yes.
Q. It was on 'til -- from 6:00 a.m. in the morning 'til 10:00 at night?
A. Yes.
Q. Did you know a Doctor Fain came in and looked at the baby?
A. Not until he testified here in court, no.
Q. Did you know that a Doctor Higgins, I believe his name was -- or have I got he wrong name -- the ophthalmologist, you know the one -- Mr. Higgins --
A. Yes.
Q. Did you know he was in --
A. No, I did not.
Q. -- to check on your son
A. No.
Q. -- or the baby?
A. No.
Q. They then disconnected the life support, correct?
A. Yes.
Q. All right. And then he lived for a period of time as I understand it, correct?





FORM SMI-25 PENGAD/INDY 1-800-631-6989

A. Nine and a half minutes, yes.
Q. And then he died, right?
A. Yes.
Q. Was Pastor -- Reverend -- Smeader there?
A. Yes, he was.
Q. Did he stay with you the whole time?
A. Yes.
Q. Did you ever meet him before that?
A. No.
Q. Did he help you?
A. Very much, yes.
Q. I'm going to show you photographs already marked A, B, C, D, E, and F and two brought in by Mrs. Greene, M and N. And you've seen these before, I'm going to ask you, do they look like David looked when you saw him in the hospital?
A. Yes.
Q. You -- do you see -- do you see any kind of injury to his head in those pictures?
A. Yes, I do.
Q. Flip it over -- can you tell which picture it is?
A. Let's see, this one.
Q. You're indicating Exhibit A.
A. And this one.
Q. And Exhibit B. Where is the -- tell us, please where the injury is?



FORM SMI-25 PENGAD/INDY 1-800-631-6989